IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>　　　　　　Defendants. | **ORDER DISMISSING JOSEPH GRAY AND STONEGATE PROPERTIES, INC. WITHOUT PREJUDICE** |

THIS MATTER comes before the undersigned on Plaintiff's motion, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss defendants JOSEPH GRAY and STONEGATE PROPERTIES, INC. without prejudice. Counsel for STONEGATE PROPERTIES, INC. consents to the motion. No response in opposition has been filed.

For cause shown, the Plaintiff's motion is hereby GRANTED and defendants JOSEPH GRAY and STONEGATE PROPERTIES, INC. are dismissed from this action without prejudice.

s/ R. Bryan Harwell
United States District Judge

January 11, 2012
I CONSENT:

By:/s/Joel W. Collins, Jr.
Joel W. Collins, Jr.
Collins & Lacy, P.C.
P.O. Box 12487
Columbia, SC  29211
jcollins@collinsandlacy.com
*ATTORNEYS FOR DEFENDANT*
*STONEGATE PROPERTIES, INC.*