IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>    Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST LARRY PROSSER AND DUPLEX DEVELOPMENT, INC.** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendants Larry Prosser and Duplex Development, Inc. Defendants Larry Prosser and Duplex Development, Inc. consent to this motion.

It having been made to appear to the court that RBC Bank, Larry Prosser, and Duplex Development, Inc. agree and consent to the dismissal of the claims with prejudice against defendants Larry Prosser and Duplex Development, Inc.,

IT IS HEREBY ORDERED that the claims of RBC Bank against defendants Larry Prosser and Duplex Development, Inc. are hereby dismissed with prejudice.

IT IS SO ORDERED.

March 15, 2012

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

I SO MOVE:

**POYNER SPRUILL LLP**

By:s/ Gerald F. Meek
Gerald F. Meek
District Court ID No. 11174
301 South College Street, Suite 2300
Charlotte, NC  28202
Telephone: 704.342.5306
Facsimile:  704.342.5264
Email: jmeek@poynerspruill.com

*COUNSEL FOR THE PLAINTIFF*

I SO CONSENT:

**CLARKE JOHNSON PETERSON AND MCKLEAN**

By:s/ James W. Peterson, Jr.
James W. Peterson, Jr.
District Court ID No. 3047
P.O. Box 1865
Florence, SC  29503
Telephone:  843.669.2401
Facsimile:  843.662.1779
Email:  jpeterson@cjpmlaw.com

*COUNSEL FOR DEFENDANTS*
*LARRY PROSSER AND*
*DUPLEX DEVELOPMENT, INC.*