IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA), <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD, <br><br> Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST J&M MORTGAGE SERVICES, INC. a/k/a CHALLENGE HOME EQUITY** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendant J&M Mortgage Services, Inc. a/k/a Challenge Home Equity. Defendant J&M Mortgage Services, Inc. consents to this motion.

It having been made to appear to the court that RBC Bank and J&M Mortgage Services, Inc. agree and consent to the dismissal of the claims with prejudice against defendant J&M Mortgage Services, Inc.,

IT IS HEREBY ORDERED that the claims of RBC Bank against defendant J&M Mortgage Services, Inc., a/k/a Challenge Home Equity is hereby dismissed with prejudice.

IT IS SO ORDERED.

March 22, 2012

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

| I SO MOVE: | I SO CONSENT: |
|---|---|
| **POYNER SPRUILL LLP** | **ECTON LAW FIRM** |
| By:s/ Gerald F. Meek | By: s/ John Aaron Ecton |
| Gerald F. Meek | John Aaron Ecton |
| District Court ID No. 11174 | District Court ID No. 5950 |
| 301 South College Street, Suite 2300 | 7825 Broad River Road, Suite 300 |
| Charlotte, NC 28202 | Irmo, SC 29063 |
| Telephone: 704.342.5306 | Telephone: (803) 771-9800 |
| Facsimile: 704.342.5264 | Email: jecton@ectonlawfirm.com |
| Email: jmeek@poynerspruill.com | |
| *COUNSEL FOR THE PLAINTIFF* | *COUNSEL FOR DEFENDANT J&M MORTGAGE SERVICES, INC., A/K/A CHALLENGE HOME EQUITY* |