IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>        Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST JOHN M. WARNER, JR. AND WARFIN DEVELOPERS, LLC** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendants John M. Warner, Jr. and Warfin Developers, LLC. Defendants John M. Warner, Jr. and Warfin Developers, LLC consent to this motion.

It having been made to appear to the court that RBC Bank, John M. Warner, Jr., and Warfin Developers, LLC agree and consent to the dismissal of the claims with prejudice against defendants John M. Warner, Jr. and Warfin Developers, LLC,

IT IS HEREBY ORDERED that the claims of RBC Bank against defendants John M. Warner, Jr. and Warfin Developers, LLC are hereby dismissed with prejudice.

IT IS SO ORDERED.

March 27, 2012

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

I SO MOVE:

**POYNER SPRUILL LLP**

By:s/ Gerald F. Meek
Gerald F. Meek
District Court ID No. 11174
301 South College Street, Suite 2300
Charlotte, NC  28202
Telephone: 704.342.5306
Facsimile:  704.342.5264
Email: jmeek@poynerspruill.com

*COUNSEL FOR THE PLAINTIFF*

I SO CONSENT:

**WALLACE H. JORDAN, JR. LAW OFFICE**

By:  s/ Wallace Jordan, Jr.
Wallace Jordan, Jr.
District Court ID No. 10158
626 West Evans Street
P.O. Box 2010
Florence, SC  29503-2010
Telephone: 843.662.4474
Facsimile:  843.662.6024
Email:  jecton@ectonlawfirm.com

*COUNSEL FOR DEFENDANTS JOHN M. WARNER, JR. AND WARFIN DEVELOPERS, LLC*