IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

RBC BANK (USA),

        Plaintiff,

v.

THOMAS DARIN EPPS, DUNES
MORTGAGE LLC, SYNERGY
INVESTMENT GROUP LLC, JEREMY
EASON, JJE ENTERPRISES LLC a/k/a J&J
ENTERPRISES, MALIA MCCAFFREY,
PRODIGY CONSULTING, LLC, LINDA L.
STEELE, LINBRANDT, LLC, JOSEPH
GRAY, JACQUELINE GRAY, WEST COAST
FUNDING, LLC, THERESA FESCHUK,
MAJ, LLC, ZAG, LLC, ALISSA SMITH,
EAST COAST FUNDING, LLC, CASA MIA,
INC. a/k/a/ CASA MIA DEVELOPMENT,
LLC, J&M MORTGAGE SERVICES, INC.
a/k/a/ CHALLENGE HOME EQUITY, MIKE
WIMBERLY, ZEREKO NEVADA, INC.,
YOUVAL GERINGER, STONEGATE
PROPERTIES, INC., JOHN M. WARNER,
JR., WARFIN DEVELOPERS, LLC, THERON
FLOYD, TRINITY DEVELOPMENT, LLC,
LARRY PROSSER, DUPLEX
DEVELOPMENT, INC., JOHN MARKS,
ACTION BUILDERS OF MYRTLE BEACH,
LLC, DAVID L. BRIDGES, JR., ALVIN H.
SHUMAN, MCKEAN PROPERTIES, LLC,
DAVID THOMAS HIX, JR., MYRTLE
BEACH VILLAS, LLC, DAVID
O'CONNELL, JEFFERY TODD SHOUP,
ATLANTIS VILLAS OF NMB, LLC,
MATTHEW SKINNER, and BILLY JAMES
BARFIELD,

        Defendants.

**CONSENT ORDER DISMISSING
PLAINTIFF'S CLAIMS AGAINST
JOHN MARKS AND
ACTION BUILDERS OF
MYRTLE BEACH, LLC**

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendants John Marks and Action Builders of Myrtle Beach, LLC. Defendants John Marks and Action Builders of Myrtle Beach, LLC consent to this motion.

It having been made to appear to the court that RBC Bank, John Marks, and Action Builders of Myrtle Beach, LLC agree and consent to the dismissal of the claims with prejudice against defendants John Marks and Action Builders of Myrtle Beach, LLC,

IT IS HEREBY ORDERED that the claims of RBC Bank against defendants John Marks and Action Builders of Myrtle Beach, LLC are hereby dismissed with prejudice.

IT IS SO ORDERED.


June 12, 2012                           s/R. Bryan Harwell
                                        R. Bryan Harwell
                                        United States District Judge


I SO MOVE:                              I SO CONSENT:

**POYNER SPRUILL LLP**                  **MCANGUS GOUDELOCK
                                        AND COURIE, LLC**

By:s/ Gerald F. Meek                    By:s/Robert C. Calamari
Gerald F. Meek                          Robert C. Calamari
District Court ID No. 11174             District Court ID No. 5735
301 South College Street, Suite 2300    2411 N Oak Street, Suite 401
Charlotte, NC  28202                    Myrtle Beach, SC  29577
Telephone: 704.342.5306                 Telephone:  843.848.6000
Facsimile:  704.342.5264                Facsimile:  843.449.2306
Email: jmeek@poynerspruill.com          Email:  bob.calamari@mgclaw.com

*COUNSEL FOR THE PLAINTIFF*              *COUNSEL FOR DEFENDANTS
                                        JOHN MARKS and ACTION BUILDERS
                                        OF MYRTLE BEACH LLC*