IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>          Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DAVID O'CONNELL** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendant David O'Connell. Defendant David O'Connell. consents to this motion.

It having been made to appear to the court that RBC Bank and David O'Connell agree and consent to the dismissal of the claims with prejudice against Defendant David O'Connell,

IT IS HEREBY ORDERED that the claims of RBC Bank against Defendant David O'Connell is hereby dismissed with prejudice.

IT IS SO ORDERED.

August 1, 2012

s/R. Bryan Harwell

R. Bryan Harwell
United States District Judge

I SO MOVE:

**POYNER SPRUILL LLP**

By: s/ Thomas L. Ogburn III
Thomas L. Ogburn III
District Court ID No. 6743
301 South College Street, Suite 2300
Charlotte, NC 28202
Telephone: 704.342.5250
Facsimile: 704.342.5264
Email: togburn@poyners.com
ATTORNEYS FOR PLAINTIFF

I SO CONSENT:

By: s/ David O'Connell
David O'Connell
1000 2nd Avenue Street, Suite 321
North Myrtle Beach, SC 29582
PRO SE