IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>    Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST MATTHEW SKINNER** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendant Matthew Skinner. Defendant Matthew Skinner consents to this motion.

It having been made to appear to the Court that RBC Bank and Matthew Skinner agree and consent to the dismissal of the claims with prejudice against Defendant Matthew Skinner,

IT IS HEREBY ORDERED that the claims of RBC Bank against Defendant Matthew Skinner is hereby dismissed with prejudice.

IT IS SO ORDERED.

December 7, 2012  
Florence, SC

s/R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

I SO MOVE:

Poyner Spruill LLP

By:   s/ Thomas L. Ogburn III  
　　　Thomas L. Ogburn III  
　　　District Court ID No. 6743  
　　　301 South College Street, Suite 2300  
　　　Charlotte, NC  28202  
　　　Telephone: 704.342.5250  
　　　Facsimile:  704.342.5264  
　　　togburn@poyners.com  
　　　ATTORNEYS FOR PLAINTIFF

I SO CONSENT:

**LAW OFFICES OF WILLIAM ISAAC DIGGS**

By:   s/ William Isaac Diggs  
　　　William Isaac Diggs  
　　　1700 D Oak Street, Suite D  
　　　Myrtle Beach, SC  29577  
　　　Telephone: 843-626-4243  
　　　william.diggs@myrtlebeachlaw.com  
　　　ATTORNEY FOR DEFENDANT  
　　　MATTHEW SKINNER