IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
4:11-CV-124-RBH

| | |
|---|---|
| RBC BANK (USA),<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS DARIN EPPS, DUNES MORTGAGE LLC, SYNERGY INVESTMENT GROUP LLC, JEREMY EASON, JJE ENTERPRISES LLC a/k/a J&J ENTERPRISES, MALIA MCCAFFREY, PRODIGY CONSULTING, LLC, LINDA L. STEELE, LINBRANDT, LLC, JOSEPH GRAY, JACQUELINE GRAY, WEST COAST FUNDING, LLC, THERESA FESCHUK, MAJ, LLC, ZAG, LLC, ALISSA SMITH, EAST COAST FUNDING, LLC, CASA MIA, INC. a/k/a/ CASA MIA DEVELOPMENT, LLC, J&M MORTGAGE SERVICES, INC. a/k/a/ CHALLENGE HOME EQUITY, MIKE WIMBERLY, ZEREKO NEVADA, INC., YOUVAL GERINGER, STONEGATE PROPERTIES, INC., JOHN M. WARNER, JR., WARFIN DEVELOPERS, LLC, THERON FLOYD, TRINITY DEVELOPMENT, LLC, LARRY PROSSER, DUPLEX DEVELOPMENT, INC., JOHN MARKS, ACTION BUILDERS OF MYRTLE BEACH, LLC, DAVID L. BRIDGES, JR., ALVIN H. SHUMAN, MCKEAN PROPERTIES, LLC, DAVID THOMAS HIX, JR., MYRTLE BEACH VILLAS, LLC, DAVID O'CONNELL, JEFFERY TODD SHOUP, ATLANTIS VILLAS OF NMB, LLC, MATTHEW SKINNER, and BILLY JAMES BARFIELD,<br><br>    Defendants. | **CONSENT ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST ALVIN SHUMAN AND MCKEAN PROPERTIES, LLC** |

This matter comes before me upon the motion by Plaintiff RBC Bank to dismiss with prejudice the Plaintiff's claims against Defendants Alvin Shuman and McKean Properties, LLC. Defendants Alvin Shuman and McKean Properties, LLC consent to this motion.

It having been made to appear to the court that RBC Bank and Alvin Shuman and McKean Properties, LLC agree and consent to the dismissal of the claims with prejudice against Defendants Alvin Shuman and McKean Properties, LLC,

IT IS HEREBY ORDERED that the claims of RBC Bank against Defendants Alvin Shuman and McKean Properties, LLC are hereby dismissed with prejudice.

IT IS SO ORDERED.

December 19, 2012

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

I SO MOVE:
Poyner Spruill LLP

By:   s/ Thomas L. Ogburn III
      Thomas L. Ogburn III
      District Court ID No. 6743
      301 South College Street, Suite 2300
      Charlotte, NC  28202
      Telephone: 704.342.5250
      Facsimile:  704.342.5264
      Email: togburn@poyners.com
      ATTORNEYS FOR PLAINTIFF

I SO CONSENT:

**CARLOCK, COPELAND & STAIR, LLP**

By:   s/Amanda K. Dudgeon
      Amanda K. Dudgeon
      Federal Bar No.: 9681
      40 Calhoun Street, Suite 400
      Charleston, SC 29401
      Telephone: 843-727-0307
      Email: adudgeon@carlockcopeland.com
      ATTORNEYS FOR DEFENDANTS

2