UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| RBC BANK (USA), | ) | Civil Action No.: 4:11-cv-0124-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| THOMAS DARIN EPPS, et al; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On November 20, 2012, the undersigned entered an Order (Document # 212) awarding attorney's fees under Rule 37, Fed.R.Civ.P., to Plaintiff against attorney Marshall Biddle in the amount of $1,000. The undersigned allowed Mr. Biddle ten days to submit evidence relating to his failure to participate in the discovery process if he wished the court to reconsider the award of attorney's fees. Mr. Biddle filed an Affidavit (Document # 215), to which Plaintiff filed a Response (Document # 221). Mr. Biddle has failed to present sufficient information to change the award of attorney's fees as previously ordered. Thus, Mr. Biddle's request that the court reconsider the award of attorney's fees is denied. Payment should be made to Plaintiff within thirty (30) days of the date of this Order.

**IT IS SO ORDERED**.

                                                               s/Thomas E. Rogers, III
                                                          Thomas E. Rogers, III
                                                          United States Magistrate Judge

December 20, 2012
Florence, South Carolina